IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. 1:23-cv-00284-MRB |
| PLAINTIFF, | Judge: BARRETT |
| v. | |
| THE UNIVERSITY OF CINCINNATI, ET AL | LOCAL RULE 65.1(b) NOTICE OF SERVICE |
| DEFENDANTS | |

Pursuant to Local Rule 65.1(b), Plaintiff John Noakes hereby provides Notice to the Court that the Motion for Temporary Restraining Order and Preliminary Injunction (Doc#3), along with all other documents in the action have been served upon the adverse party's attorney (the Office of General Counsel) and the adverse party (Office of the President).

Service was made on May 15, 2023 at approximately 12:28 pm by hand delivery.

Respectfully submitted,

　　　/s/ Joshua A. Engel　　　
Joshua Adam Engel (0075769)
Scott O'Reilly (0075717)
Anne Tamashasky (0064393)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com