IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. 1:23-cv-00284-MRB |
| PLAINTIFF, | Judge: BARRETT |
| v. | |
| THE UNIVERSITY OF CINCINNATI, ET AL | NOTICE OF SUBSTITUTE EXHIBITS |
| DEFENDANTS | |

Plaintiff John Noakes hereby provides Notice of the filing of substituted exhibits to the Complaint:

    1-5    Appeal

    1-6    Appeal Decision

Respectfully submitted,

    /s/ Joshua A. Engel
Joshua Adam Engel (0075769)
Scott O'Reilly (0075717)
Anne Tamashasky (0064393)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the Courts ECF system this May 23, 2023 upon all counsel of record. I further certify that a copy was served on Counsel for UC by Email.

/s/ Joshua Adam Engel  
Joshua Adam Engel (0075769)