**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **JOHN NOAKES,** | : | **Case No. 1:23-cv-00284** |
| | : | |
| **Plaintiff,** | : | **Judge Michael R. Barrett** |
| | : | |
| **vs.** | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| **UNIVERSITY OF CINCINNATI,** *et al.,* | : | **DOMINICK S. GERACE** |
| | : | |
| **Defendants.** | : | |
| | : | |

Please take notice that Dominick S. Gerace of Taft Stettinius & Hollister LLP hereby submits this notice of his appearance as counsel on behalf of Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade.

Respectfully submitted,

*/s/ Dominick S. Gerace*
Dominick S. Gerace (0082823)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com

*Trial Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's system.

*/s/ Dominick S. Gerace*