# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES, | : Case No. 1:23-cv-00284 |
| Plaintiff, | : Judge Michael R. Barrett |
| v. | : |
| | : NOTICE OF APPEARANCE OF |
| UNIVERSITY OF CINCINNATI, *et al.*, | : JADA M. COLON |
| Defendants. | : |

Please take notice that Jada M. Colon of Taft Stettinius & Hollister LLP hereby submits this notice of her appearance as counsel on behalf of Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade.

Respectfully submitted,

*/s/ Jada M. Colon*
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
jcolon@taftlaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

*/s/ Jada M. Colon*