IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>PLAINTIFF,<br><br>v.<br><br>THE UNIVERSITY OF CINCINNATI, ET AL.,<br><br>DEFENDANTS. | Case No. 1:23-cv-00284-MRB<br><br>Judge BARRETT<br><br>JOINT PLAN FOR LIMITED DISCOVERY REGARDING MOTION FOR PRELIMINARY INJUNCTION |

The Parties have conferred and hereby jointly submit to the Court this Joint Plan to conduct limited discovery in advance of the October 2, 2023 hearing on Plaintiff's Motion for Preliminary Injunction.  The Parties submit the following plan:

1. The parties shall serve requests for the production of documents by June 23, 2023. The requests for the production of documents shall be limited to and focused upon the particular issues which relate to Plaintiff's Motion for Preliminary Injunction (Doc. # 3).

2. The parties shall conduct oral or written depositions by August 25, 2023. Each party may take no more than five depositions, including depositions of third-party and non-party individuals or entities. The depositions shall be limited to and focused upon the particular issues which relate to Plaintiff's Motion for Preliminary Injunction (Doc. # 3).

3. The discovery cutoff is August 25, 2023.

4. Plaintiff has withdrawn his Motion for Temporary Restraining Order (Doc. # 3). The Parties submit the following briefing schedule for Plaintiff's Motion for

Preliminary Injunction (Doc. # 3):

    a.    Defendants may file an Opposition to the Motion for Preliminary Injunction by September 11, 2023.

    b.    Plaintiff may file a Reply to the Opposition to the Motion for Preliminary Injunction by September 27, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/ *Joshua A. Engel* | /s/ *Dominick S. Gerace* |
| Joshua Adam Engel (0075769) | Dominick S. Gerace (0082823) |
| Scott O'Reilly (0075717) | Jada M. Colon (0099048) |
| Anne Tamashasky (0064393) | Taft Stettinius & Hollister LLP |
| ENGEL AND MARTIN LLC | 425 Walnut Street, Suite 1800 |
| 4660 Duke Dr., Suite 101 | Cincinnati, OH 45202 |
| Mason, OH 45040 | Tel: (513) 381-2838 |
| (513) 445-9600 | Fax: (513) 381-0205 |
| engel@engelandmartin.com | dgerace@taftlaw.com |
| | jcolon@taftlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |