# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JOHN NOAKES,** | : | Case No. 1:23-cv-00284 |
| | : | |
| **Plaintiff,** | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| **THE UNIVERSITY OF CINCINNATI,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING SUBPOENA SERVICE RETURN

Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade, by and through counsel, hereby give notice that the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued to Harry B. Plotnick, Ph.D., J.D., attached hereto as **Exhibit 1**, was served by Federal Express, as evidenced by the return receipt, attached hereto as **Exhibit 2**.

    Respectfully submitted,

*/s/ Dominick S. Gerace*
Dominick S. Gerace (0082823)
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I filed the foregoing using the Court's CM/ECF system, which will send electronic notice of such filing to all parties of record.

*/s/ Dominick S. Gerace*