# Exhibit 2

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, July 19, 2023 10:16 AM
**To:** Knadler, Susanna
**Subject:** FedEx Shipment 772765495290 Delivered

---

This tracking update has been requested by:

Company Name: Taft Stettinius & Hollister, LLP
Name: Lyndsay Sutton
E-mail: sknadler@taftlaw.com

---

Our records indicate that the following shipment has been delivered:

Reference: APPROVED FIRM CHARGE
Ship date: Jul 18, 2023
Signed for by: Signature not required
Delivery location: CINCINNATI, OH
Delivered to: Residence
Delivery date: Wed, 7/19/2023 10:10 am
Service type: FedEx Priority Overnight®
Packaging type: FedEx® Envelope
Number of pieces: 1
Weight: 0.50 lb.
Special handling/Services Deliver Weekday
Residential Delivery
Standard transit: 7/19/2023 by 12:00 pm

Tracking number: 772765495290


Shipper Information Recipient Information
Lyndsay Sutton Harry B. Plotnick, Ph.D., J.D.
Taft Stettinius & Hollister, LLP 11775 Locksley Court
425 Walnut Street CINCINNATI
Suite 1800 OH
Cincinnati US
OH 45241
US
45202

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CDT on 07/19/2023.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=772765495290&language=en&opco=FX&clientype=ivother

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of
service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.