## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>PLAINTIFF,<br><br>v.<br><br>THE UNIVERSITY OF CINCINNATI, ET AL<br><br>DEFENDANTS. | Case No. 1:23-cv-00284-MRB<br><br>Judge BARRETT<br><br>UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION |

Pursuant to S.D. Ohio L.R. 7.2(a)(3), Plaintiff John Noakes respectfully requests leave to file a Response to Defendants' Motion to Dismiss in excess of the page limits in the local rules. (Doc#17.) Plaintiff seeks leave to file a Memorandum not to exceed 35 pages.

As grounds for this Motion, Plaintiff states:

1. This Court previously permitted Defendants to submit a Memorandum in Support of the Motion to Dismiss in excess of the page limit in the Local Rules, up to 35 pages. (Doc#16; July 7, 2023 Notation Order.)

2. The Motion filed by Defendants is 33 pages long (not including tables and summary of argument) and contains numerous factual and legal arguments addressing both jurisdiction and the substance of Plaintiff's claims. Plaintiff believes that a Memorandum not to exceed 35 pages is necessary to allow Plaintiff to respond to Defendants' arguments.

3. Counsel for Defendants has indicated no opposition to this Motion.

**Wherefore,** Plaintiff should be granted leave to file a response to the Motion to Dismiss not to exceed 35 pages.

Respectfully submitted,

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
Scott O'Reilly (0075717)
Anne Tamashasky (OH 0064393)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this July 21, 2023 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel