IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN NOAKES,** | : Case No. 1:23-cv-00284 |
| **Plaintiff,** | : Judge Michael R. Barrett |
| v. | : |
| **THE UNIVERSITY OF CINCINNATI,** *et al.*, | : |
| **Defendants.** | : |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO AMEND JOINT PLAN FOR LIMITED DISCOVERY REGARDING MOTION FOR PRELIMINARY INJUNCTION

Upon motion and for good cause shown, Defendants' Motion To Amend Joint Plan For Limited Discovery Regarding Motion For Preliminary Injunction ("Motion") is GRANTED. Having considered the Motion and finding good cause to amend the plan, the Court enters the following Order:

1. Defendants may file an Opposition to the Motion for Preliminary Injunction by September 15, 2023.

2. Plaintiff may file a Reply to the Opposition to the Motion for Preliminary Injunction by September 29, 2023

All other provisions and deadlines in the Joint Plan For Limited Discovery Regarding Motion For Preliminary Injunction should remain in full force and effect.

IT IS SO ORDERED.

                                                                                                                                           _____

                                                                                                                                           Hon. Michael R. Barrett
                                                                                                                                           United States District Judge