# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES, | Case No. 1:23-cv-00284 |
| Plaintiff, | Judge Michael R. Barrett |
| v. | |
| THE UNIVERSITY OF CINCINNATI, *et al.*, | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL

Upon motion and for good cause shown, the joint motion of Plaintiff John Noakes and Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade (the "Parties") to file under seal unredacted copies of certain deposition transcripts and exhibits, the Appeal request, the Appeal decision, and the recording of the Hearing derived from students' "education records" protected from disclosure by the Family Educational Rights and Privacy Act that are subject to the Stipulated Protective Order (Doc. 14), and file under seal briefing relating to Plaintiff's Motion for Preliminary Injunction that reveals the contents of any of the aforementioned documents, is **GRANTED**.

**SO ORDERED** this _____ day of September, 2023.

_____
HON. MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE