# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES, | Case No. 1:23-cv-00284 |
| Plaintiff, | Judge Michael R. Barrett |
| v. | |
| THE UNIVERSITY OF CINCINNATI, *et al.*, | |
| Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE OF COURT TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendants University of Cincinnati ("UC"), Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade ("Defendants") move this Court for leave to exceed the twenty (20) page limitation placed upon memoranda in support of motions by S.D. Ohio L.R. 7.2(a)(3) and Section I(G) of this Court's Standing Orders.

On May 15, 2023, Plaintiff John Noakes filed a 65-page Complaint against Defendants. (Doc. 1) and a 31-page Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") (Doc. 3). The Motion contains numerous factual allegations against Defendants and asserts legal claims implicating various concepts of federal law. Defendants are prepared to submit an opposition to the Motion. Defendants respectfully submit that exceeding the 20-page limitation for the memorandum in opposition to the Motion is necessary to allow Defendants to adequately address all of Plaintiff's claims and to fully develop the arguments in opposition in a manner helpful to the Court. Accordingly, pursuant to Section I(G) of this Court's Standing Orders and S.D. Ohio L.R. 7.2(a)(3), Defendants respectfully request that the Court extend the page limitation to 30 pages for their memorandum in opposition.

Pursuant to S.D. Ohio L.R. 7.3, counsel for Defendants has contacted counsel for Plaintiff, and counsel for Plaintiff has stated that he has no objection to this motion.

Respectfully submitted,

*/s/ Dominick S. Gerace*
Dominick S. Gerace (0082823)
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2023, I filed the foregoing using the Court's CM/ECF system, which will send electronic notice of such filing to all parties of record.

*/s/ Dominick S. Gerace*
