# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES, | : Case No. 1:23-cv-00284 |
| Plaintiff, | : Judge Michael R. Barrett |
| v. | : |
| THE UNIVERSITY OF CINCINNATI, *et al.*, | : |
| Defendants. | : |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE OF COURT TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The matter before the Court is the unopposed motion of Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade for leave to exceed the twenty (20) page limitation placed upon memoranda in support of motions by S.D. Ohio L.R. 7.2(a)(3) and Section I(G) of this Court's Standing Orders. Based on the applicable rules and for good cause shown, the Motion is **GRANTED**.

Defendants are hereby granted leave to file a memorandum in opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3) that does not exceed 30 pages.

**SO ORDERED** this \_\_\_\_ day of September, 2023.

_____
HON. MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE