**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JOHN NOAKES, : | Case No. 1:23-cv-00284 |
| : | |
| Plaintiff, : | Judge Michael R. Barrett |
| : | |
| v. : | |
| : | |
| THE UNIVERSITY OF CINCINNATI, *et al.*, : | |
| : | |
| Defendants. : | |

**NOTICE OF FILING DOCUMENTS UNDER SEAL**

Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade, by and through counsel, hereby give notice of filing the following documents under seal, in accordance with the Court's September 13, 2023 Notation Order:

1. Deposition Transcript and Exhibits of Joseph Vincent, taken July 25, 2023;

2. 30(b)(6) Deposition Transcript and Exhibits of Bleuzette Marshall, taken August 18, 2023;

3. Deposition Transcript and Exhibits of Morgan Shaw, taken August 23, 2023;

4. Deposition Transcript and Exhibits of Plaintiff John Noakes, taken August 17, 2023;

5. Deposition Transcript and Exhibits of Scott O'Reilly, taken August 22, 2023;

6. Appeal Request; and

7. Appeal Decision.

Respectfully submitted,

*/s/ Dominick S. Gerace*
Dominick S. Gerace (0082823)
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I filed the foregoing using the Court's CM/ECF system, which will send electronic notice of such filing to all parties of record.

*/s/ Dominick S. Gerace*

Case: 1:23-cv-00284-MRB Doc #: 36 Filed: 09/15/23 Page: 3 of 3  PAGEID #: 1735