# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN NOAKES,** | Case No. 1:23-cv-00284 |
| **Plaintiff,** | Judge Michael R. Barrett |
| v. | |
| **THE UNIVERSITY OF CINCINNATI,** *et al.*, | |
| **Defendants.** | |

## NOTICE OF MANUAL FILING

Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Ashleigh Wade, by and through counsel, hereby give notice that they manually filed under seal a thumb drive with the Clerk of this Court, in accordance with the Court's September 13, 2023 Notation Order (the "Order"). The thumb drive contains the recording of the hearing referenced in the Order.

Respectfully submitted,

*/s/ Dominick S. Gerace*
Dominick S. Gerace (0082823)
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I filed the foregoing using the Court's CM/ECF system, which will send electronic notice of such filing to all parties of record.

                                              */s/ Dominick S. Gerace*