IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. 1:23-cv-00284-MRB |
| PLAINTIFF, | Judge: BARRETT |
| v. | |
| THE UNIVERSITY OF CINCINNATI, ET AL | NOTICE OF DISMISSAL OF COUNTS III AND IV |
| DEFENDANTS | |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Noakes hereby provides Notice of the dismissal of claims under state law, Counts III and IV, only. This dismissal is without prejudice.

Respectfully submitted,

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this September 21, 2023 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel

1