UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Noakes,

    Plaintiff,

v.

University of Cincinnati,

    Defendant.

Case No. 1:23cv284

Judge Michael R. Barrett

## CIVIL MINUTES

**HONORABLE MICHAEL R. BARRETT, UNITED STATES DISTRICT JUDGE**
**COURTROOM DEPUTY:** Krista Zeller
**LAW CLERK** Evan Gildenblatt
**COURT REPORTER:** Maryann Maffia, Official
**DATE:** February 15, 2024    **TIME:** 10:05 - 11:59

Attorney for Plaintiff(s): Joshua Engel

Attorney for Defendant(s): Jada Colon, Dominick Gerace

### WITNESSES

### PROCEDURES

✓ Counsel Present.

✓ Motion heard: Motion for Preliminary Injunction (Doc. 3)

✓ Court's decision to follow.

___ Court ordered in open court that _____

Remarks: Plf.+ Dft. Slideshows presented - copy to be provided to Court following hearing.
- Arguments heard