# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>PLAINTIFF,<br><br>v.<br><br>UNIVERSITY OF CINCINNATI, ET AL<br><br>DEFENDANTS | Case No. 1:23-cv-00284-MRB<br><br>Judge: BARRETT<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Plaintiff John Noakes respectfully provides this notice of Supplemental Authority in support of the Motion for Preliminary Injunction (Doc#3).

The following pertinent authority has come to Counsel's attention after oral argument on this matter: *Doe v. Univ. of N. Carolina Sys.*, W.D.N.C. No. 1:23-cv-00041-MR, 2024 U.S. Dist. LEXIS 37607, at *23-*29 (Mar. 4, 2024) (discussing student's due process claims).

Respectfully submitted,

　　/s/ Joshua A. Engel　　
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this March 11, 2024 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel

1