IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. 1:23-cv-00284-MRB |
| PLAINTIFF, | Judge: BARRETT |
| v. | |
| UNIVERSITY OF CINCINNATI, ET AL | NOTICE OF APPEAL |
| DEFENDANTS | |

Plaintiff John Noakes hereby gives notice of appeal to the Sixth Circuit Court of Appeals from the Order of the District Court denying Plaintiff's Motion for a Preliminary Injunction entered May 2, 2024 (Doc#48). *See* 28 U.S.C. § 1292(a)(1) (court of appeals has jurisdiction to consider an appeal from the denial of a preliminary injunction).

Respectfully submitted,

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this May 3, 2024 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel

1