# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOHN NOAKES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF CINCINNATI, et al.,<br><br>    Defendants. | Case No. 1:23-CV-284<br><br>Judge Michael R. Barrett<br><br>**ORDER** |

This matter is before the Court on Defendants' outstanding motion to dismiss for lack of jurisdiction. (Doc. 17). Because the Court may properly exercise jurisdiction over Count II, *see Noakes. v. Univ. of Cincinnati*, No. 24-3388, 2024 U.S. App. LEXIS 27189, at *6-7 (6th Cir. Oct. 25, 2024), and Plaintiff John Noakes has dismissed Counts III & IV without prejudice, (Doc. 39), the motion to dismiss is **DENIED**.

**IT IS SO ORDERED.**

                                                  */s/ Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge