UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Noakes,

    Plaintiff,

        v.                           Case No. 1:23cv284

University of Cincinnati, et al.,

    Defendants.

## CALENDAR ORDER

Pursuant to the filing of the Rule 26(f) Report by the parties on May 20, 2025 (Doc. 58), this case shall proceed as follows:

1. Deadline to file motion for leave to amend the pleadings: **June 30, 2025**

2. Deadline for motions relative to the pleadings:  **July 28, 2025**

3. Deadline for disclosure of expert witnesses and submission of expert reports[1]:
   Plaintiff disclosure and report of experts: **September 5, 2025**
   Defendant disclosure and report of experts: **October 17, 2025**
   Disclosure and report of rebuttal experts: **November 14, 2025**
   Disclosure of non-expert (fact) witnesses: **December 2, 2025**

5. Discovery to be completed by[2]:  **February 13, 2026**

6. Dispositive motion deadline[3]:  **March 30, 2026**

7. Settlement Conference[4]: **May 14, 2026, at 10:30 AM**

8. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week**

---

[1] Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[2] Counsel shall not presume that a pending motion stays their obligation to complete discovery by these dates.

[3] Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R.   The Court will not read beyond 20 pages unless leave has been previously sought and granted.   This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

[4] Special Instructions regarding settlement: 1.   All parties must bring their client or a representative with full settlement authority.   Failure to follow this requirement will result in sanctions; 2.   Each counsel must prepare and submit via hand delivery to the Court or via the chamber=s email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date.   These letters **NEED NOT** be filed with the Clerk=s Office nor exchanged with opposing counsel.

**prior to the final pretrial conference**

    9.   Final pretrial conference:  **September 1, 2026, at 10:30 AM**

    10.  Jury Trial:  **May, 2026, Courtroom 109**

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                  Michael R. Barrett, Judge
                                  United States District Court