# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JOHN NOAKES,** | : | Case No. 1:23-cv-00284 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| **THE UNIVERSITY OF CINCINNATI,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION
## OF PUBLIC OFFICER AS A PARTY

Pursuant to Fed. R. Civ. P. 25(d), notice is hereby given that Kim Gilkey in her official capacity as Director of Student Conduct & Community Standards for the University of Cincinnati has been automatically substituted as a Defendant in place of Ashleigh Wade in her former capacity as the Director of Student Conduct & Community Standards for the University of Cincinnati. Defendants respectfully request that the Clerk of Court amend the docket to reflect this automatic change.

Respectfully submitted,

*/s/ Jada M. Colon*
Dominick S. Gerace (0082823)
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2025, I filed the foregoing using the Court's CM/ECF system, which will send electronic notice of such filing to all parties of record.

/s/ Jada M. Colon