IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES <br><br> PLAINTIFF, <br><br> v. <br><br> THE UNIVERSITY OF CINCINNATI, ET AL <br><br> DEFENDANTS. | Case No. 1:23-cv-00284-MRB <br><br> Judge BARRETT <br><br> ENTRY RE: <br><br> UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS |

This matter came before the Court on Plaintiff Unopposed Motion for an Extension of Time to File a Response to Defendant's Renewed Motion to Dismiss (Doc#61).

For good cause shown, the Motion is GRANTED.

Plaintiff is permitted until July 14, 2025 to file a response to Defendant's Renewed Motion to Dismiss.

SO ORDERED.

_____
UNITED STATE DISTRICT JUDGE

1