IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JOHN NOAKES,** | : | Case No. 1:23-cv-00284 |
| | : | |
| **Plaintiff,** | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| **THE UNIVERSITY OF CINCINNATI,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## MOTION TO WITHDRAW AS COUNSEL

Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Kim Gilkey, by counsel, hereby move the Court to withdraw the appearance of Dominick S. Gerace of Taft Stettinius & Hollister LLP on their behalf due to Mr. Gerace's impending departure from Taft Stettinius & Hollister LLP. Jada M. Colon of Taft Stettinius & Hollister LLP will remain as counsel on behalf of Defendants. WHEREFORE, it is respectfully requested that this Court issue an order withdrawing the appearance of Dominick S. Gerace.

Respectfully submitted,

/s/ *Dominick S. Gerace*
Dominick S. Gerace (0082823)
Jada M. Colon (0099048)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed on this 7th day of August, 2025, via the Court's CM/ECF system, which will serve all counsel of record electronically.

*/s/ Dominick S. Gerace*