**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN NOAKES,** | : | **Case No. 1:23-cv-00284** |
| **Plaintiff,** | : | **Judge Michael R. Barrett** |
| v. | : | |
| **THE UNIVERSITY OF CINCINNATI,** *et al.*, | : | **NOTICE OF APPEARANCE** |
| **Defendants.** | : | |

Aaron M. Herzig of the firm Taft Stettinius & Hollister LLP hereby gives notice of his appearance as counsel for Defendants University of Cincinnati, Alecia Trammer, Adrienne Lyles, Bleuzette Marshall, and Kim Gilkey.

Respectfully submitted,

*/s/ Aaron M. Herzig*
Aaron M. Herzig (0079371)
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
aherzig@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed on this 28th day of August, 2025, via the Court's CM/ECF system, which will serve all counsel of record electronically.

*/s/ Aaron M. Herzig*