# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. 1:23-cv-00284-MRB |
| Plaintiff, | Judge BARRETT |
| v. | |
| THE UNIVERSITY OF CINCINNATI, ET AL. | NOTICE OF VOLUNTARY DISMISSAL |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff John Noakes respectfully submits this Notice of Voluntary Dismissal.

Respectfully submitted,

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
Scott O'Reilly (0075717)
Anne Tamashasky (OH 0064393)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this November 14, 2025 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel